```
Abdullatif & Company LLC
177 Richmond Ave Suite 125


Ali Mokaram
2500 West Loop South Suite 455
Houston, TX 77027

American Express-Corp Members Reward
PO BOX 981535
El Paso, TX 79998

Ameritrex Imaging & Services
PO Box 841511
Houston, TX 77284

Andres Cedillos
3951 FM 1303
Floresville, TX 78114

Andy Taylor
405 Main St Unit 200
Houston, TX 77002

Arabella Condominium Owners Association
4521 San Felipe
Houston, TX 77027

ATT
208 S Akard St
Dallas, TX 75202

BDFI LLC
1001 West Loop S Ste 700
Houston, TX 77027

Benjamin Gubernick
105 A Detering
Houston, TX 77007

Fermite Group, Inc.
2025 MCKENZIE SUITE 200


George Lee
5353 W Alabama Suite 620


Harris County Appraisal District
13013 NW Freeway
```

Houston, TX 77040

Matthew Gemp
313 Lindenwood


Osama Adbullatif
2500 West Loop S Ste 522
Houston, TX 77027

Select Portfolio
P.O. Box 65250
Salt Lake City, UT 84165

Shellpoint
PO Box 10826
Greenville, SC 29603

TIG Romspen US Master Mortgage LP
1999 Bryan Street Suite 900
New York, NY 75201

Wells Fargo
P.O. Box 10335


Yablon Law Firm, PLLC
2777 Allen Parkway, Floor 10
Houston, TX 77019