UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | Case No. 25-90797 (CML) |
| **ALI CHOUDHRI** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## NOTICE OF FILING ORDERS REGARDING APPOINTMENT OF RECEIVER

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, TRAVIS B. VARGO, Court-Appointed Receiver.[1], by and through his counsel of record, and files certified copies of the following orders:

1. Amended Order Granting Turnover, Charging Order and Appointment of Receiver Against Judgment Debtor, entered in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas on April 9, 2025, certified by Marilyn Burgess, District Clerk of Harris County, Texas on April 29, 2025 ("A-Case Receivership Order"), and

2. Amended Order Granting Turnover, Charging Order and Appointment of Receiver Against Judgment Debtor, entered in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas on April 8, 2025 and

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas (the "A-Case") and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas (the "D-Case").

certified by Marilyn Burgess, District Clerk of Harris County, Texas on April 29, 2025 ("D-Case Receivership Order").

The certified copies of each of the A-Case Receivership Order and the D-Case Receivership Order are attached hereto as **Exhibits 1 and 2** and are incorporated herewith for all purposes.

Dated this 10th day of December, 2025.

    Respectfully submitted,

**Luttrell + Carmody Law Group**
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel. 210.426.3600

By: */s/ Leslie M. Luttrell*
    Leslie M. Luttrell
    State Bar No. 12708650
    SD Bar No. 24152
    luttrell@lclawgroup.net

**ATTORNEYS TRAVIS B. VARGO, COURT APPOINTED RECEIVER**

### CERTIFICATE OF SERVICE

I do hereby certify that on the 10th day of December, 2025, a true and correct copy of the foregoing Notice was filed and notice of this filing will be sent by operation of the Court's electronic filing system.

*/s/ Leslie M. Luttrell*
Leslie M. Luttrell