UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | Case No. 25-90797 (CML) |
| ALI CHOUDHRI | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## NOTICE OF FILING ORDERS REGARDING MOTION OF TRAVIS VARGO, STATE COURT APPOINTED RECEIVER, TO SHOW AUTHORITY

TO THE HONORABLE CHRISTOPHER M. LOPEZ,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, TRAVIS B. VARGO, Court-Appointed Receiver.[1], by and through his counsel of record, and files true and correct copies of the following orders:

1. *Order Regarding Motion of Travis Vargo, State Court Receiver to Show Authority of Justin Rayome and Cavazos Hendricks, P.C.* entered on October 17, 2025 as ECF No. 784 in Case No. 24-10120-smr styled *In re: Texas REIT, LLC*, pending in the United States Bankruptcy Court for the Western District of Texas, Austin Division, ("Texas REIT Order]");

2. *Order Regarding Motion to Show Authority of* [ECF Nos. 837, 838, 839, 840, 970] entered on October 17, 2025 as ECF No. 996 in Case No. 24-10119-smr styled *In re: 1001 WL, LLC*, pending in the United States Bankruptcy Court for the Western District of Texas, Austin Division ("1001 WL Order"); and

---

[1] Travis Vargo was appointed as the Receiver of Ali Choudhri in Cause No. 2012-27197-A styled *Mokaram-Latif West Loop, Ltd. and Osama Abdullatif v. Ali Choudhri*, pending in the 333rd Judicial District Court of Harris County, Texas (the "A-Case") and of Ali Choudhri, Dalio Holdings I LLC, and Dalio Holdings II LLC in Cause No. 2012-27197-D styled *Mokaram-Latif West Loop, Ltd. v. Ali Choudhri and Angel Valle*, pending in the 333rd Judicial District Court of Harris County, Texas (the "D-Case").

3. Order Regarding Receiver's Motion to Show Authority entered on October 17, 2025 as ECF No. 304 in Case No. 24-51195-mmp styled *In re: RIC (Lavernia), LLC*, pending in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division ("RIC (Lavernia) Order").

True and correct copies of the Texas REIT Order, 1001 WL Order, and the RIC (Lavernia) Order are attached hereto as **Exhibit 1, Exhibit 2, and Exhibit 3**, respectively, and are incorporated herewith for all purposes.

Dated this 10th day of December, 2025.

        Respectfully submitted,

**Luttrell + Carmody Law Group**
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216
Tel. 210.426.3600

By: */s/ Leslie M. Luttrell*
    Leslie M. Luttrell
    State Bar No. 12708650
    SD Bar No. 24152
    luttrell@lclawgroup.net

**ATTORNEYS TRAVIS B. VARGO, COURT APPOINTED RECEIVER**

## CERTIFICATE OF SERVICE

I do hereby certify that on the 10th day of December, 2025, a true and correct copy of the foregoing Notice was filed and notice of this filing will be sent by operation of the Court's electronic filing system.

        */s/ Leslie M. Luttrell*
        Leslie M. Luttrell